UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:14-CR-160-B(3) |
| | § | |
| FRANK HERNANDEZ, III, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Frank Hernandez III's Motion Requesting to be Granted the "Safety Valve" Under the New Guidelines in the "First Step Act" (FSA)*, received on November 19, 2021 (doc. 242), is **DISMISSED** for lack of jurisdiction as to the request for a sentence reduction under U.S.S.G. § 5K1.1, and **DENIED** as to the request under the First Step Act of 2018.

**SIGNED** this 28th day of February, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE